UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ISMAEL CASTILLO VELAZQUEZ,<br><br>A# 221-503-103,<br><br>      Petitioner,<br><br>      v.<br><br>**WARDEN**, Warden of Irwin County Detention Center;<br>**LADEON FRANCIS**, Field Office Director of Enforcement and Removal Operations, Atlanta Field Office;<br>**TODD LYONS**, in his official capacity as Acting director of Immigration and Customs Enforcement;<br>**MARKWAYNE MULLIN**, Secretary, U.S. Department of Homeland Security; and<br>**TODD BLANCHE**, Acting U.S. Attorney General.<br><br>      Respondents. | Civil Action No.: 7:26-CV-116 |

NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Petitioner in the above-captioned case, by and through undersigned counsel, and provide notice of voluntary dismissal in this case, pursuant to Federal Rule of Civil Procedure 41(a)(1). This dismissal is requested for the reason that Petitioner was granted a bond hearing on April 29 and was granted a bond at that hearing.

Respectfully submitted this 9th day of May, 2026.

_____*//Laura Glass-Hess//*_____

Laura Glass-Hess
Georgia Bar # 547555
Attorney for Petitioner
GlassHessLaw, LLC
PO Box 11470
Atlanta GA 30310
Phone: 678-710-3594
Email: laura@glasshesslaw.com

SO ORDERED this _18th_ day
of _May_ _2026_.

W. Louis Sands, Sr. Judge
United States District Court